IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CAROLENE BURNS                                                                                            PLAINTIFF

v.                                   CIVIL NO. 08-5063

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                    DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*.[1] After review, it is found that plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 19th day of March 2008:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of March 14, 2008. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Michael B. Mukasey, U.S. Attorney General, and Claude S. Hawkins, Jr., Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 2 1 2008

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes in the style of the Complaint plaintiff's name is listed as seen above. However, the body of the Complaint lists plaintiff as Cheryl L. Irons. As all of the remaining documentation lists plaintiff's name as seen above, we believe the name of Cheryl L. Irons is a typographical error. We recommend plaintiff's counsel more thoroughly review all documents prior to submitting them to the court.

AO72A
(Rev. 8/82)