IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CAROLENE BURNS                                                                                    PLAINTIFF

   v.                                              CIVIL NO. 08-5063

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                DEFENDANT

**O R D E R**

On this 10th day of June, 2009, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  For reasons set forth in the report and recommendation (Doc. #20)  filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on May 21, 2009, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2409.00, representing 14.60 hours of work at a rate of $165.00.  This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

   IT IS SO ORDERED.

                                                                       /s/Jimm Larry Hendren
                                                                       HON. JIMM LARRY HENDREN
                                                                       UNITED STATES DISTRICT JUDGE